**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| HEWITT ASSOCIATES, L.L.C., Plaintiff,<br>v.<br>ENRON CREDITORS RECOVERY CORP., f/k/a<br>ENRON CORP., an Oregon Corporation, Defendant. | FILED: JUNE 25, 2008<br>08CV3634<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
ENRON CREDITORS RECOVERY CORP.     PH

| |
|---|
| NAME (Type or print)<br>Dawn L. Johnson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Dawn L. Johnson |
| FIRM<br>Bell, Boyd & Lloyd LLP |
| STREET ADDRESS<br>70 W. Madison, Suite 3100 |
| CITY/STATE/ZIP<br>Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6275206 | TELEPHONE NUMBER<br>312-372-1121 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐