# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| HEWITT ASSOCIATES, L.L.C., Plaintiff, <br> v. <br> ENRON CREDITORS RECOVERY CORP., f/k/a <br> ENRON CORP., an Oregon Corporation, Defendant. | FILED: JUNE 25, 2008 <br> 08CV3634 <br> JUDGE DER-YEGHIAYAN <br> MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PH
ENRON CREDITORS RECOVERY CORP.

| | |
|---|---|
| NAME (Type or print) <br> Sara E. Robinson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Sara E. Robinson | |
| FIRM <br> Bell, Boyd & Lloyd LLP | |
| STREET ADDRESS <br> 70 W. Madison, Suite 3100 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6290582 | TELEPHONE NUMBER <br> 312-372-1121 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |