UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HEWITT ASSOCIATES, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 cv 3634 |
| | ) | |
| v. | ) | Judge Der-Yeghiayan |
| | ) | |
| ENRON CREDITORS RECOVERY CORP., f/k/a ENRON CORP., an Oregon Corporation, | ) ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE that on July 22, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Samuel Der-Yeghiayan in his usual Courtroom, No. 1903 in the Dirksen Federal Building at 219 South Dearborn Street, Chicago, Illinois, or whomever may be sitting in his place and stead, and then and there present Defendant Enron Creditors Recovery Corp.'s Motion to Transfer Pursuant to 28 U.S.C. § 1404(a), a copy of which is attached hereto and hereby served upon you.

Dated: June 26, 2008

                                          Respectfully submitted,

                                          ENRON CREDITORS RECOVERY CORP.

                                          By:       /s/ Peter G. Rush
                                                            One of its Attorneys

Peter G. Rush
Paul J. Walsen
Dawn L. Johnson
Sara E. Robinson
BELL, BOYD & LLOYD LLP
70 West Madison Street
Suite 3100
Chicago, IL  60602
(312) 372-1121

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused true and correct copies of the foregoing **Notice of Motion, Defendant Enron Creditors Recovery Corp.'s Motion to Transfer Pursuant to 28 U.S.C. § 1404(a),** and **Memorandum in Support of Defendant Enron Creditors Recovery Corp.'s Motion to Transfer Pursuant to 28 U.S.C. § 1404(a)** to be served upon:

>Joel G. Chefitz
>Mark J. Alschul
>McDermott Will & Emery LLP
>227 West Monroe Street
>Chicago, Illinois  60606
>Fax: (312) 984-7700
>
>Steven W. Kasten
>McDermott Will & Emery LLP
>28 State Street
>Boston, Massachusetts  02109
>Fax: (617) 535-3800

via facsimile transmission and first class U.S. mail, postage prepaid, this 26th day of June, 2008.

>/s/ Sara E. Robinson
>Sara E. Robinson