## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HEWITT ASSOCIATES, L.L.C., ) | |
| ) | |
| Plaintiff, ) | No. 08 cv 3634 |
| ) | |
| v. ) | Judge Samuel Der-Yeghiayan |
| ) | |
| ENRON CREDITORS RECOVERY CORP., f/k/a ) | Magistrate Judge Cole |
| ENRON CORP., an Oregon Corporation, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF EMERGENCY MOTION

     PLEASE TAKE NOTICE that on July 1, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia Kendall in her usual Courtroom, No. 2319 in the Dirksen Federal Building at 219 South Dearborn Street, Chicago, Illinois, or whomever may be sitting in her place and stead, and then and there present Defendant Enron Creditors Recovery Corp.'s Emergency Motion For an Extension of Time to Answer, Move or Otherwise Plead, a copy of which is attached hereto and hereby served upon you.

Dated: June 26, 2008

                                                                                    Respectfully submitted,

                                                                                   ENRON CREDITORS RECOVERY CORP.

                                                                                   By:       /s/ Peter G. Rush
                                                                                                      One of its Attorneys

Peter G. Rush
Paul J. Walsen
Dawn L. Johnson
Sara E. Robinson
BELL, BOYD & LLOYD LLP
70 West Madison Street
Suite 3100
Chicago, IL  60602
(312) 372-1121

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she caused true and correct copies of the foregoing **Notice of Emergency Motion** and **Emergency Motion for Extension of Time to Answer, Move or Otherwise Plead** to be served upon:

> Joel G. Chefitz
> Mark J. Alschul
> McDermott Will & Emery LLP
> 227 West Monroe Street
> Chicago, Illinois  60606
> Fax: (312) 984-7700
>
> Steven W. Kasten
> McDermott Will & Emery LLP
> 28 State Street
> Boston, Massachusetts  02109
> Fax: (617) 535-3800

via facsimile transmission and first class U.S. mail, postage prepaid, this 26th day of June, 2008.

>                         /s/ Sara E. Robinson
>                         Sara E. Robinson