# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Hewitt Associates, L.L.C.
                              Plaintiff,

v.                                       Case No.: 1:08−cv−03634
                                         Honorable Samuel Der−Yeghiayan

Enron Creditors Recovery Corp.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 30, 2008:

    MINUTE entry before the Honorable Virginia M. Kendall: Defendant's motion for an extension of time to answer or otherwise plead [11] is entered and continued to 7/22/2008 at 09:00 AM before Judge Der−Yeghiayan.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.