**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 cv 3634 |

HEWITT ASSOCIATES, L.L.C., Plaintiff
v.
ENRON CREDITORS RECOVERY CORP., f/k/a
ENRON CORP., an Oregon Corporation, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HEWITT ASSOCIATES, L.L.C.

| | |
|---|---|
| NAME (Type or print) Joel G. Chefitz | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Joel G. Chefitz | |
| FIRM McDermott Will & Emery LLP | |
| STREET ADDRESS 227 West Monroe Street | |
| CITY/STATE/ZIP Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 0431273 | TELEPHONE NUMBER 312.984.6484 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |