# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HEWITT ASSOCIATES, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 cv 3634 |
| v. ) | |
| ) | Judge Der-Yeghiayan |
| ENRON CREDITORS RECOVERY CORP., f/k/a ) | |
| ENRON CORP., an Oregon Corporation, ) | Magistrate Judge Cole |
| ) | |
| Defendant. ) | |

## DEFENDANT ENRON CREDITORS RECOVERY CORP.'S
## DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES

Defendant, Enron Creditors Recovery Corp., formerly known as Enron Corp. ("Enron"), by its attorneys, and pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, submits the following Disclosure Statement and Notification of Affiliates:

1. There is no publicly held corporation that owns 10% or more of the stock of Enron, and Enron has no publicly held affiliates;

2. The Common Equity Trust owns 100% of Enron's common stock and the Preferred Equity Trust owns 100% of Enron's preferred stock. BDHLR LLC is the trustee of both trusts.

Dated: July 14, 2008

                                                  Respectfully submitted,

                                                  ENRON CREDITORS RECOVERY CORP.

                                                  By:     /s/ Peter G. Rush
                                                              One of its Attorneys

Peter G. Rush
Paul J. Walsen
Dawn L. Johnson
Sara E. Robinson
BELL, BOYD & LLOYD LLP
70 West Madison Street, Suite 3100
Chicago, IL  60602
(312) 372-1121

455232/E/2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused true and correct copies of the foregoing **Defendant Enron Creditors Recovery Corp.'s Disclosure Statement and Notification as to Affiliates** to be served upon:

> Joel G. Chefitz (jchefitz@mwe.com)
> Mark J. Alschul (maltschul@mwe.com)
> McDermott Will & Emery LLP
> 227 West Monroe Street
> Chicago, Illinois 60606

via the U.S. District Court for the Northern District of Illinois' CM/ECF Electronic Document Filing System, this 14th day of July, 2008.

                                                /s/ Peter G. Rush
                                                    Peter G. Rush