# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| HEWITT ASSOCIATES, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 cv 3634 |
| | ) | |
| v. | ) | Judge Der-Yeghiayan |
| | ) | |
| ENRON CREDITORS RECOVERY CORP., f/k/a | ) | Magistrate Judge Cole |
| ENRON CORP., an Oregon Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that on July 22, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Samuel Der-Yeghiayan in his usual Courtroom, No. 1903 in the Dirksen Federal Building at 219 South Dearborn Street, Chicago, Illinois, or whomever may be sitting in his place and stead, and then and there present Defendant Enron Creditors Recovery Corp.'s Motion to Quash Hewitt-Issued Discovery Requests and for Entry of Protective Order, a copy of which is attached hereto and hereby served upon you.

Dated: July 16, 2008

                                                                       Respectfully submitted,

                                                                      ENRON CREDITORS RECOVERY CORP.

                                                                      By:       /s/ Dawn L. Johnson
                                                                                      One of its Attorneys

Peter G. Rush
Paul J. Walsen
Dawn L. Johnson
Sara E. Robinson
BELL, BOYD & LLOYD LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602
(312) 372-1121

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she caused true and correct copies of the foregoing **Notice of Motion** to be served upon:

> Joel G. Chefitz (jchefitz@mwe.com)
> Mark J. Alschul (maltschul@mwe.com)
> McDermott Will & Emery LLP
> 227 West Monroe Street
> Chicago, Illinois  60606

via the U.S. District Court for the Northern District of Illinois' CM/ECF Electronic Document Filing System, this 16th day of July, 2008.

>                       /s/ Dawn L. Johnson
>                          Dawn L. Johnson