**EXHIBIT 9**



**Pamela H. Butler**
*Senior Director, Human Resources*

Enron Corp.
P. O. Box 1188
Houston, TX 77251-1188
Direct Dial 713-853-5816
Fax 713-646-2110
pam.butler@enron.com

March 6, 2007

**BY CERTIFIED MAIL AND ELECTRONIC MAIL**

Mr. Peter E. Ross
Hewitt Associates, LLC
100 Half Day Road
Lincolnshire, IL 60069

Re:  **Hewitt Allocation in Tittle Matter**

Dear Mr. Ross:

I have received a copy of your letter of February 28, 2007. I understand Hewitt Associates, LLC ("Hewitt") has refused to accept as notice Mr. Neslage's letter of February 21, 2007 notwithstanding Hewitt's written response thereto. This letter adopts the statements and positions set forth in the February 21 letter of Mr. Neslage, including the demand that Hewitt honor Section 2.5 of the Administrative Services Agreement in full and at once. Please indicate whether Hewitt continues to maintain that there is something lacking in the notice from Enron Corp. ("Enron").

Enron appreciates the urgency of this situation as noted in your February 28 letter. The "situation" is a miscalculation of benefits by Hewitt when it used a fictitious share price, a grossly negligent miscalculation that has directly caused a substantial shortfall in the Enron Corp. Savings Plan ("Plan") balance. Such a shortfall is the expected and natural consequence of Hewitt's miscalculation. As to your February 28th request that action be taken "to correct the present situation," and to Hewitt's readiness "to assist the Plan in mitigating this situation," Enron hereby requests that Hewitt fund to the Plan immediately the shortfall that resulted directly from Hewitt's miscalculation. We understand that Hewitt currently estimates that deficiency at $17,328,000, but that with future allocation offsets the shortfall will be reduced to $10,973,113.00. Interest to date on this shortfall is $477,205, bringing the total funding amount to $11,450,318 ("Funding Amount").[1]  Enron agrees that in paying the Plan the Funding Amount, Hewitt will do so without prejudice to its rights to determine "Hewitt's relative legal exposure in this matter" at a later date. The immediate funding by Hewitt of the Funding Amount ensures that Hewitt's legal position does not in any way delay the mitigation of the

---

[1] This assumes the Department of Labor ("DOL") will permit partial funding shortfall in recognition of the anticipated offsets. In the event this partial funding is not allowed by the DOL, Enron must reserve the right to pursue the unfunded balance of the shortfall.

Mr. Peter E. Ross
March 6, 2007
Page 2

damages resulting directly from Hewitt's miscalculation. To avoid further damage, Enron must insist that Hewitt complete such funding by no later than 4:00 P.M. Central Time on Friday, March 9, 2007. In the event Hewitt fails to so mitigate by such time, Enron will pursue other funding for the Plan shortfall and hold Hewitt legally responsible for all costs and expenses incurred in connection therewith, including the funding itself.

Your letter offers to assist "in seeking reimbursement from participants who received payments they should not have." Please provide electronically before the close of business Friday a definitive list of all participants who received such payments, including the date and the amount of such payment. Please also provide by the close of business Friday the definitive list of all participants who have received an incorrect payment as a consequence of Hewitt's use of a fictitious share price, including the name of each participant, the amount of the incorrect payment, and the date of the mispayment. Please also assure Enron in writing by the close of business this week that any flaws in the Hewitt allocations in connection with the Tittle settlement have been rectified going forward. Additionally, Enron has engaged FTI Consulting to assist Enron in its review of Hewitt's allocation model. In that regard, attached please find a Document Request List from Brad Ross, Sr., Managing Director with FTI Consulting. Please provide to Enron items 1 through 13 by the close of business Monday, March 12, 2007. Furthermore, Enron requests a meeting with Hewitt at the Woodlands office to introduce representatives from FTI and to start the audit process to be scheduled no later than Monday, March 12, 2007. Please let us know what date and time would work best. We request that Hewitt provide FTI with access to all data, databases, and workpapers, etc. pertaining to the plans and allocation services. Hewitt should also understand that FTI may have additional data requests as they work through the audit process. Your February 28 letter failed to provide a response to many of the issues raised in the February 21 letter. Please provide by the close of business Friday a written response to those issues including but not limited to the following:

- the steps Hewitt is taking, or intends to take, to mitigate the damages, including any structural changes at Hewitt;

- the evidence to support Hewitt's statements that it recommended to Enron an audit of Hewitt's services;

- confirmation that Hewitt's calculations and allocations are now reliable;

- assurance that Enron and its third party designees may have immediate access to all data, databases, work papers and programs pertaining to the plan; and

- agreement of Hewitt to proceed directly to mediation without enduring the delay of the "internal escalation steps."

We have retained Bell, Boyd & Lloyd, LLP to represent our interests in this matter. We understand that in connection therewith, Hewitt has executed a written conflict waiver with respect to Bell, Boyd. Pete Rush is heading up our representation effort at Bell, Boyd.

We look forward to working with you to resolve this matter quickly without any further damage. We share your sentiment that the time for positive, concrete action is now.

Case 1:08-cv-03634    Document 23    Filed 07/21/2008    Page 4 of 5

Mr. Peter E. Ross
March 6, 2007
Page 3

                Very truly yours,

                *Pamela Butler*

                Pamela Butler

cc:    Mr. John Ray
        Mr. Peter Rush
        Mr. Wilber H. Boies



# Document Request List – Enron Tittle Disbursement

Please direct questions request this request list to Brad Ross at 713-443-7677 or via email at brad.ross@fticonsulting.com.

1) Hewitt: Hewitt's Master file, in Excel, which includes the original source data they pulled, for all 27,000 participants, from the original hard copy participant statements (microfiche and/or hard copy statement data). This file should include an identifier for plan (ESOP, Savings, EOG, PGE).

2) Hewitt: 'Complete Allocation ESOP Plan Data - for Enron.xls'. Note: We need SSN or Enron employee # attached to this file.

3) Hewitt: 'Complete Allocation Savings Plan Data - for Enron.xls'. Note: We need SSN or Enron employee # attached to this file.

4) Hewitt: 'Savings & ESOP Plan Data - for Enron.xls'. Note: This file may be a higher level summary of the requests documented in 2) and 3) above. Note: We need SSN or Enron employee # attached to this file.

5) Hewitt: Understanding of why the file 'Savings & ESOP Plan Data - for Enron.xls' includes only 25,500 participants. We had anticipated it to include approximately 27,000 participants.

6) Hewitt: Excel files supporting the calculation of the $22 million overpayment error (including the actual math behind the calculation).

7) Hewitt: Excel files documenting the calculation of Hewitt's thoughts re: recovery of the overpayment (including the actual math behind the individual calculations.

8) Hewitt: Annual third party administrator year end summary reports for each participant indicating all transactions occurring during the year as well as a summary report of aggregate transactions for any plan administered by Hewitt or Northern Trust Record Keeping. Requested in hard and Excel or other soft copy format convertible to Excel. This would include:

   a. EOG Plan (Hewitt),
   b. PGE (Hewitt),
   c. Enron ESOP (Enron will search for boxes kept off-site to determine whether these records were provided by Hewitt/NTRC), and
   d. Enron Savings plan (Enron will search for boxes kept off-site to determine whether these records were provided by Hewitt/NTRC)

9) Hewitt: Access to original NTRC ESOP Data file, in Excel or other soft copy format convertible to Excel.

10) Hewitt: Access to original NTRC NON ESOP data file.

11) Hewitt: Access to EOG Resources Quarterly Statements data files.

12) Hewitt: Access to Portland General microfiche monthly statements.

13) Hewitt: Access to original Hewitt data (11/1/01-12/2/01).