**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HEWITT ASSOCIATES, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 cv 3634 |
| | ) | |
| v. | ) | Judge Samuel Der-Yeghiayan |
| | ) | |
| ENRON CREDITORS RECOVERY CORP., f/k/a | ) | Magistrate Judge Cole |
| ENRON CORP., an OREGON Corporation | ) | |
| | ) | |
| Defendant, | ) | |

**HEWITT ASSOCIATES, L.L.C.'S DISCLOSURE STATEMENT**
**AND NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and N.D. Ill. Local Rule 3.2, plaintiff

Hewitt Associates, L.L.C. (Hewitt), by its attorneys, respectfully states that:

(a)    Hewitt is a member-owned limited liability company whose sole member is
Hewitt Associates, Inc., a publicly traded company.

(b)    Apart from Hewitt Associates, Inc., no other publicly held corporation owns 10%
or more of Hewitt's stock, and no affiliate owns more than 5% of Hewitt's stock.

Dated: July 21, 2008                     Respectfully submitted,

                                         **HEWITT ASSOCIATES, L.L.C.**

                                         _____/s/ Mark J. Altschul_____
                                         One of its attorneys

Joel G. Chefitz
Mark J. Altschul
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

Steven W. Kasten
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts 02109
Telephone: (617) 535-4000

CHI99 4989845-1.058123.0020

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused true and correct copies of the foregoing Hewitt Associates, L.L.C.'s Disclosure Statement and Notification of Affiliates to be served upon:

Peter G. Rush
Dawn L. Johnson
Bell, Boyd & Lloyd LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602

via the U.S. District Court for the Northern District of Illinois' CM/ECF Electronic Document Filing System, this 21st day of July, 2008.

s/Mark J. Altschul