UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Hewitt Associates, L.L.C.
                                        Plaintiff,

v.                                      Case No.: 1:08−cv−03634
                                        Honorable Samuel Der−Yeghiayan

Enron Creditors Recovery Corp.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

MINUTE entry before the Honorable Samuel Der−Yeghiayan:Defendant Enron Creditors Recovery Corp's motion to transfer case pursuant to 28 USC 1404(a) [5] is entered and continued. Defendant's reply shall be filed by 08/08/08. Defendant's motion for extension of time to file its responsive pleading [11] is entered and continued. Defendant Enron Creditors Recovery Corp's motion to quash and for entry of protective order [19] is entered and continued. Defendant's reply shall be filed by 08/08/08. Status hearing set for 08/21/08 at 9:00 a.m. As stated on the record, Discovery request to admit is hereby stayed until further order of the Court. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.