UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HEWITT ASSOCIATES, L.L.C. | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 cv 3634 |
| | ) | |
| vs. | ) | Judge Samuel Der-Yeghiayan |
| | ) | |
| ENRON CREDITORS RECOVERY CORP., | ) | Magistrate Judge Cole |
| f/k/a ENRON CORP., an OREGON | ) | |
| Corporation | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  Peter G. Rush
     Paul J. Walsen
     Dawn L. Johnson
     Sara. E. Robinson
     Bell Boyd & Lloyd LLP
     70 West Madison Street, Suite 3100
     Chicago, Illinois 60602

   PLEASE TAKE NOTICE that on Tuesday, August 12, 2008 at 9:00 a.m. the undersigned shall appear before the Honorable Judge Samuel Der-Yeghiayan, or any judge sitting in his stead in the courtroom 1903 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Plaintiff Hewitt Associates, L.L.C.'s Motion For Leave To File Sur-Reply** *Instanter* **In Opposition To Defendant Enron Creditor Recovery Corp.'s Motion To Quash And For Entry Of Protective Order**, a true and correct copy of which is attached hereto and served upon you herewith.

Dated:  August 6, 2008                             HEWITT ASSOCIATES, L.L.C.

                                          By:   /s/ Mark J. Altschul
                                                One of Its Attorneys

Steven W. Kasten                                  Joel G. Chefitz
McDermott Will & Emery LLP                        Mark J. Altschul
28 State Street                                   McDermott Will & Emery LLP
Boston, Massachusetts 02109                       227 West Monroe Street
Telephone: 617.535.4000                           Chicago, Illinois 60606
                                                  Telephone: 312.372.2000
                                                  Facsimile: 312.984.7700

- 2 -

## CERTIFICATE OF SERVICE

I, Mark J. Altschul, an attorney, certify that I caused the foregoing to be served upon the following parties on the 6th day of August, 2008:

Peter G. Rush
Paul J. Walsen
Dawn L. Johnson
Sara. E. Robinson
Bell Boyd & Lloyd LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602

via the U.S. District Court for the Northern District of Illinois' CM/ECF Electronic Document Filing System, this 6th day of August, 2008.

/s/ Mark J. Altschul
Mark J. Altschul

CHI99 5013199-1.058123.0020