## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Hewitt Associates, L.L.C.
                          Plaintiff,

v.                                                   Case No.: 1:08−cv−03634
                                                       Honorable Samuel Der−Yeghiayan

Enron Creditors Recovery Corp.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 8, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Plaintiff's motion for leave to file Sur−Reply instanter in opposition to defendant Enron Creditor Recovery Corp.'s motion to quash and for entry of protective order [30] is granted. All other previously set dates are to remain unchanged. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.