# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3634 | **DATE** | 8/20/2008 |
| **CASE TITLE** | Hewitt Associates, L.L.C. vs. Enron Creditors Recovery Corp. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the Court's memorandum opinion dated 08/20/08, Defendant's motion to transfer [5] is granted. All pending dates before this Court are hereby stricken. The instant action is hereby ordered transferred to the United States District Court for the Southern District of Texas, Houston Division.

■ [ For further detail see separate order(s).]         Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|