

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
    **CLERK**

September 3, 2008

Texas Southern District Court, Houston Division

1217 Bob Casey, United States Courthouse

515 Rusk Street,

Houston, Texas 77002-2600

RE: Hewitt Associates, L.L.C. v. Enron Creditors Recovery Corp.

Case No: 08-CV-3634

Dear Clerk:

Pursuant to the order entered by Honorable Sam Der-Yeghiayan., on August 20, 2008, the above record

■    was electronically transmitted to the USDC for the Southern District of Texas, Houston Division

                                    Sincerely yours,


                                    Michael W. Dobbins, Clerk

                            By:     /s/ Carmen Acevedo
                                    Deputy Clerk


New Case No. _____        Date _____


cc:    Non-ECF Attorneys and Pro se Parties